**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RECEIVERSHIP MANAGEMENT, INC. ) <br> IN ITS CAPACITY AS INDEPENDENT ) <br> FIDUCIARY OF THE AEU HOLDINGS, ) <br> LLC EMPLOYEE BENEFIT PLAN ) <br> AND PARTICIPATING PLANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> LOCKE LORD, LLP, ) <br> ) <br> Defendant. ) | Case No. 18-cv-08158 <br><br> Hon. Joan H. Lefkow |

## LOCKE LORD, LLP'S MOTION TO DISMISS IF'S FIRST AMENDED COMPLAINT

Defendant, Locke Lord, LLP ("Locke Lord"), moves under Fed. R. Civ. P. 12(b)(6) to dismiss Receivership Management, Inc.'s ("IF") First Amended Complaint (Dkt. 44). In support, Locke Lord incorporates and refers the Court to Locke Lord's Memorandum of Law in Support of Motion to Dismiss IF's First Amended Complaint, which it is seeking leave to file by separate motion filed herewith. An agreed briefing schedule for this motion to dismiss is requested in the accompanying motion for leave to file.

Respectfully submitted,

Dated: October 11, 2019                          **Locke Lord, LLP**

                                                       By:    /s/ Edward W. Feldman
                                                                    One of Its Attorneys

Edward W. Feldman (6187541)
Diane F. Klotnia (6202609)
Kay L. Dawson (6312631)
Miller Shakman Levine & Feldman LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
efeldman@millershakman.com
dklotnia@millershakman.com
kdawson@millershman.com

**Certificate of Service**

The undersigned attorney hereby certifies that on October 11, 2019, he caused the foregoing **LOCKE LORD, LLP'S MOTION TO DISMISS IF'S FIRST AMENDED COMPLAINT** to be filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system which shall notify all counsel of record.

/s/ Edward W. Feldman