# Exhibit A

| From: | Philip Curley |
| --- | --- |
| To: | Edward Feldman |
| Cc: | gmatherne@wyattfirm.com; Robert Margolis; Diane Klotnia; Kay Dawson |
| Subject: | Privilege |
| Date: | Wednesday, January 25, 2023 9:43:20 PM |
| Attachments: | image001.gif |
| | image003.jpg |
| | image004.png |
| | image005.jpg |

Eddie,

There is no discovery dispute here. Local Rule 37.2 does not apply. Your belated invoking of the Rule, though perhaps clever, is an artifice. Our position has nothing to do with whether, among other things, an advisory opinion is being sought. Please respect the request not to presume to make representations about Plaintiff's position. That is the purpose of a Response. Thanks.

Phil

C. Philip Curley
ROBINSON CURLEY P.C.
Suite 1550
200 North LaSalle Street
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT.  IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER.  THANK YOU.


RC_Logo

**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Wednesday, January 25, 2023 5:51 PM
**To:** Philip Curley <pcurley@robinsoncurley.com>
**Cc:** gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>; Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>

**Subject:** RE: Veritas Privilege

Phil,

Judge Jantz's standing order says, "Uncontested or agreed motions should be so identified in both the title and body of the motion." We will not represent that our motion is either uncontested or agreed. However, we reserve the right to characterize your position. Indeed, we must do so under Local Rule 37.2, as this is a discovery motion, and we also must do so under Judge Jantz's recent order, as we cannot answer her question about an advisory opinion without describing your position, and your opposition to our motion confirms that there is a ripe dispute and we are not seeking an advisory opinion. You'll be free to agree or dispute anything we say in your response.

EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312 759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com
_____

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Wednesday, January 25, 2023 5:22 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>; Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>
**Subject:** Veritas Privilege

Eddie,

I have not made the "request" highlighted below. There is no reason for you to characterize anything about our position, we do not consent to your doing so,

and request that you not include any such reference in your motion. That will be taken care of in our Response. Please just make your motion. Thanks.

Phil
C. Philip Curley
ROBINSON CURLEY P.C.
Suite 1550
200 North LaSalle Street
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT.  IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER.  THANK YOU.



**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Wednesday, January 25, 2023 3:50 PM
**To:** Philip Curley <pcurley@robinsoncurley.com>
**Cc:** gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>; Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>
**Subject:** RE: Veritas Privilege

Phil,

Thank you for the clarification.  ==Per your request, we will indicate that the motion re privilege waiver is contested, even though you actually support and don't contest waiver.==  What you apparently contest is not waiver itself, but merely that we won't join us in advocating for waiver regarding the documents that you want us to produce. Please bear in mind that if the Judge denies the motion as advisory (and we do not think it is at all advisory for the reasons in our draft and in light of your objection), our rolling production will be delayed as we will have to continue a document-by-document privilege review, we will have to log all of the documents at issue, and we will not produce them absent an order compelling us to do so, which we will not oppose.  As for our discussion referred to in your last paragraph, I think from context it was clear that the motion we asked you to bring would have been a motion to compel, but there's no point having that debate and we'll tweak our description of the conversation in light of your comment.

EWF


Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312  759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com
_____

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named
recipients only. It may contain material that is privileged, confidential or otherwise
protected from disclosure. If you have received this electronic mail message in error,
please (i) notify the sender by sending the message back to Miller Shakman Levine &
Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the
original message and any copies. Dissemination, distribution or copying of this
electronic mail message or the information contained herein by anyone other than the
intended recipients, or an employee or agent responsible for delivering the message
to the intended recipients, is prohibited. We appreciate your assistance in correcting
this error.

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Wednesday, January 25, 2023 9:13 AM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Veritas Privilege


I apparently have been unclear and apologize. Plaintiff does not agree to your
presenting any iteration of the ***motion*** (this is now the third) as uncontested.
This is also the first time you have included an alternative request for a blanket
protective order. There are many reasons why such a request is inappropriate.
Nor do I feel that Local Rule 37.2, a new addition to the motion, is applicable.
There is no dispute as I understand it about Plaintiff's document requests
themselves. You are instead seeking what appears to be an advisory opinion
about privileges (that have already been conclusively waived and/or terminated)
for documents that you admit fall within Plaintiff's requests.

Please remove all references to Plaintiff "agreeing to" or "not contesting"
anything. We will file a Response per Judge Jantz's recent Minute Entry.
Thanks.

By the way, for purposes of accuracy, you did not suggest that Plaintiff file a motion to compel. You did suggest that Plaintiff file a motion seeking the court's affirmation that the AISM privilege had been waived or was terminated. We declined, noting that it appeared such a motion would be seeking an advisory opinion. Your draft motions then followed.

C. Philip Curley
ROBINSON CURLEY P.C.
Suite 1550
200 North LaSalle Street
Chicago, Illinois 60601
312/663-3100 ext. 202
312/663-0303 facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT. IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER. THANK YOU.



RC_Logo

---

**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Wednesday, January 18, 2023 4:33 PM
**To:** Philip Curley <pcurley@robinsoncurley.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** RE: Veritas Privilege

Phil,
Here is the draft combined motion regarding the AISM and Veritas privilege waivers.
EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312 759-7213 (direct)
(312) 263-3270 (fax)

efeldman@millershakman.com
http://www.millershakman.com



_____
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Wednesday, January 18, 2023 1:22 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Veritas Privilege

Thanks.
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT.  IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-

3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER. THANK YOU.



**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Wednesday, January 18, 2023 1:20 PM
**To:** Philip Curley <pcurley@robinsoncurley.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** RE: Veritas Privilege

Yes. I worked on it this morning and should be ready to send by end of day.

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312  759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Wednesday, January 18, 2023 12:31 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Veritas Privilege

Eddie – Any traction on a draft combined motion? Thanks.
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT.  IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER.  THANK YOU.



**From:** Philip Curley
**Sent:** Thursday, January 12, 2023 12:10 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Veritas Privilege

Why don't you combine them together now for our review and comment, so that one Motion can be filed. I have not had a chance yet to get back to you on the draft AISM Motion.
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT. IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER. THANK YOU.



**From:** Philip Curley
**Sent:** Wednesday, January 11, 2023 2:23 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** RE: Veritas Privilege

I did see that. Thanks.
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT. IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER. THANK YOU.



**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Wednesday, January 11, 2023 2:21 PM
**To:** Philip Curley <pcurley@robinsoncurley.com>; gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Cc:** Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson <KDawson@MillerShakman.com>
**Subject:** Veritas Privilege

All,

As you will have seen from our submission yesterday, we intend to seek the same relief from Judge Jantz re the Veritas privilege as that of AISM. Attached is a draft motion for your review, which cross-references the AISM Motion, the draft of which we sent you last week. Please let us know whether we can present these (or perhaps combine them) as unopposed.

EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312 759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



_____
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

| | |
|---|---|
| **From:** | Edward Feldman |
| **To:** | Philip Curley |
| **Cc:** | gmatherne@wyattfirm.com; Robert Margolis; Diane Klotnia; Kay Dawson |
| **Subject:** | RE: Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP |
| **Date:** | Tuesday, January 24, 2023 5:11:38 PM |
| **Attachments:** | image001.png |
| | 2023-01-24 Dft Motion for a Ruling Privilege AISM-Veritas combined.docx |

Phil,

Attached is a revision to the motion re AISM and Veritas privilege waiver. The insert you requested is on page 2. The title of the document is modified from your request, in part because the MJ's standing order on her webpage asks that the term "contested" be used, and in part because we'll need a protective order in the unlikely event the judge finds that the privilege has not been waived. We've designated that last part as "contested" on the assumption that RMI would contest it. Please advise as to your position.

EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312  759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



_____

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message

to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Monday, January 23, 2023 12:34 PM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** gmatherne@wyattfirm.com; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP

We do not oppose a finding of waiver or termination of privileges, but to parts of the body of the motion itself. Can you file with the title **LOCKE LORD LLP'S MOTION FOR UNOPPOSED FINDING OF WAIVER OR TERMINATION OF PRIVILEGES** and include the following footnote at the end of the second paragraph:

*While Plaintiff believes the facts and the law clearly support the waiver or termination of all privileges and, thus, does not oppose such a finding, it objects to Locke Lord's refusal to "advocate" for its own Motion, and to certain statements and representations in the Motion, some apparently based on documents Plaintiff has not been provided. Plaintiff reserves the right to file a Response addressing these matters to the extent deemed necessary pursuant to the Minute Entry dated January 20, 2023, Dkt. #116.*

Thanks.
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
312/663-3100 ext. 202
312/663-0303 facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT. IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER. THANK YOU.



**From:** Edward Feldman <EFeldman@MillerShakman.com>
**Sent:** Monday, January 23, 2023 11:18 AM
**To:** Philip Curley <pcurley@robinsoncurley.com>
**Cc:** Matherne Graham <gmatherne@wyattfirm.com>; Robert Margolis
<rmargolis@robinsoncurley.com>; Diane Klotnia <DKlotnia@MillerShakman.com>; Kay Dawson
<KDawson@MillerShakman.com>
**Subject:** RE: Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP

Phil,
Your position is mystifying and contrary to your stated desire that we produce
documents faster.  Without the order we'll have to mark and log numerous documents
as potentially privileged.  The ruling is hardly an advisory one, unless you agree that
we can withhold all such potentially privileged documents, which I highly doubt.  Put
another way, the ruling is necessary to permit the production of documents that you
are requesting.  Otherwise, the rolling document production will be slower.
EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312  759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



_____
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named
recipients only. It may contain material that is privileged, confidential or otherwise
protected from disclosure. If you have received this electronic mail message in error,
please (i) notify the sender by sending the message back to Miller Shakman Levine &
Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the
original message and any copies. Dissemination, distribution or copying of this
electronic mail message or the information contained herein by anyone other than the
intended recipients, or an employee or agent responsible for delivering the message

to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

---

**From:** Philip Curley <pcurley@robinsoncurley.com>
**Sent:** Monday, January 23, 2023 11:03 AM
**To:** Edward Feldman <EFeldman@MillerShakman.com>
**Cc:** Matherne Graham <gmatherne@wyattfirm.com>; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP

Eddie,

We do not agree to you filing the Motion as unopposed given its argumentative nature and mischaracterizations. Plus, as I mentioned when you first raised the possibility of such a motion, it appears to seek a wholly unnecessary advisory ruling. Plaintiff intends simply to file a Response per Judge Jantz's recent Minute Entry. Thanks.

Phil
C. Philip Curley
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois  60601
312/663-3100  ext. 202
312/663-0303  facsimile
pcurley@robinsoncurley.com
www.robinsoncurley.com

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS E-MAIL MESSAGE AND ANY ACCOMPANYING DOCUMENTS CONSTITUTES CONFIDENTIAL INFORMATION BELONGING TO ROBINSON CURLEY P.C. AND MAY CONTAIN PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS OR ATTORNEY WORK PRODUCT.  IF YOU HAVE MISTAKENLY RECEIVED THIS INFORMATION, PLEASE BE ADVISED THAT ANY DISCLOSURE OR USE OF ITS CONTENTS IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AT (312) 663-3100 AND RETURN THIS MESSAGE AND ALL COPIES OF IT TO SENDER.  THANK YOU.



---

**From:** Philip Curley
**Sent:** Friday, January 20, 2023 11:33 AM
**To:** Edward Feldman <EFeldman@millershakman.com>
**Cc:** Matherne Graham <gmatherne@wyattfirm.com>; Robert Margolis <rmargolis@robinsoncurley.com>
**Subject:** Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP

Thanks. I will be back to you promptly. You just sent the latest draft a day or two ago. Will be no problem getting it on file well before January 27.

Sent from my iPhone

On Jan 20, 2023, at 9:34 AM, Edward Feldman <EFeldman@millershakman.com> wrote:

Counsel,
In light of the Judge's order setting 1/27 as the deadline to file the motion re the AISM and Veritas privilege waiver, please let us know today if it will be opposed. We'd like to get it on file before 1/27 if possible. Thanks.
EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312  759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



_____
PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>

**Sent:** Friday, January 20, 2023 9:03 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-08158 Receivership Management, Inc. v. Locke Lord LLP terminate hearings

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.6.3**

## Notice of Electronic Filing

The following transaction was entered on 1/20/2023 at 9:03 AM CST and filed on 1/20/2023

**Case Name:** Receivership Management, Inc. v. Locke Lord LLP
**Case Number:** 1:18-cv-08158
**Filer:**
**Document Number:** 116

**Docket Text:**
**MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the parties' status reports on scheduling. The Court sets the following schedule: Plaintiff to produce any outstanding documents that it has agreed to produce by 2/28/23. Defendant to make its first rolling production of documents, including production of internal emails, by 1/31/23, as identified in its status report. Defendant to complete rolling productions of written documents by 6/30/23. Fact discovery deadline set for 1/31/24. Given the length of this schedule, the Court will expect the parties to be able to report steady progress throughout the course of the fact discovery period, e.g., Defendant should not attempt to make all of its "rolling productions" in June 2023, and will consider any extension requests against what good faith progress the parties have made in discovery. The Court will not set an expert discovery schedule at this time; the Court will revisit the expert discovery schedule near the end of fact discovery. Defendant indicates that it intends to file a motion seeking a determination of whether a number of its clients have waived the attorney-client privilege. Any such motion is due by 1/27/23 and, in addition to addressing the substantive issues, should address: (1) whether the Court has authority to decide such a motion at this juncture (and the basis for any such authority),**

**given that the requested ruling appears to be advisory; and (2) whether all interested parties and individuals have been informed of the filing of the motion (e.g., the clients whose communications are at issue), and who those interested parties or individuals are. If the motion is unopposed, it should so state. If the Plaintiff wishes to file a response, it is due 10 days following filing of the motion. No reply necessary unless ordered by the Court. A joint status report is due by 3/16/23. The JSR should explain with specificity the progress the parties have made in written discovery and any disputes or issues that have arisen. The JSR should also provide an update on any settlement discussions and indicate whether the parties are interested in a settlement conference at that time. The Court again notes that it will not conduct a settlement conference in this matter unless both parties request one; if the parties mutually agree to participate in a settlement conference, they may jointly contact the Courtroom Deputy via email at any time for available dates, which usually runs 45-60 days from request due to the need for the filing of the parties' settlement positions statements. The parties are directed to review and comply with Magistrate Judge Jantz's Standing Order for Settlement Conferences. Deadline for the parties to amend the pleadings is 7/31/23. Mailed notice. (as, )**

**1:18-cv-08158 Notice has been electronically mailed to:**

J. Graham Matherne    gmatherne@wyattfirm.com

Robert Lawrence Margolis    nkaspar@robinsoncurley.com, nball@robinsoncurley.com, rmargolis@robinsoncurley.com

Kay L. Dawson    lbehrens@millershakman.com, kdawson@millershakman.com, miller-ecfs_notice@juralaw.net

Edward W. Feldman    cnarel@millershakman.com, docket@millershakman.com, miller-ecfs_notice@juralaw.net, efeldman@millershakman.com

Diane F. Klotnia    lbehrens@millershakman.com, dklotnia@millershakman.com, docket@millershakman.com, miller-ecfs_notice@juralaw.net

Andrew Joseph Pulliam    apulliam@wyattfirm.com

Cynthia H. Hyndman    nkaspar@robinsoncurley.com, chyndman@robinsoncurley.com, bhenderson@robinsoncurley.com

Zoe A. Jones    adomek@millershakman.com, zjones@millershakman.com

C. Philip Curley    nkaspar@robinsoncurley.com, nball@robinsoncurley.com, pcurley@robinsoncurley.com

Rachel Ellen Simon      rsimon@millershakman.com, pcarlson@millershakman.com,
docket@millershakman.com, miller-ecfs_notice@juralaw.net

**1:18-cv-08158 Notice has been delivered by other means to:**
Alan Francis Curley
Robinson Curley P.C.
300 South Wacker Drive
Suite 1700
Chicago IL 60606

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

| From: | Edward Feldman |
| --- | --- |
| To: | Philip Curley; gmatherne@wyattfirm.com; Robert Margolis |
| Cc: | Diane Klotnia; Kay Dawson |
| Subject: | Draft Motion re waiver of AISM privilege |
| Date: | Wednesday, January 4, 2023 4:30:00 PM |
| Attachments: | 2023-01-04 Dft Motion for a Ruling on Privilege.docx |
|  | image002.png |

Sirs,

Following up on our Zoom last week, attached is a draft motion (without the attachments) asking the court to rule on the AISM privilege waiver. Please review and comment, particularly whether we can represent that it is unopposed. Thanks.

EWF

Edward W. Feldman
Miller Shakman Levine & Feldman LLP
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
(312 759-7213 (direct)
(312) 263-3270 (fax)
efeldman@millershakman.com
http://www.millershakman.com



PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is intended for the named recipients only. It may contain material that is privileged, confidential or otherwise protected from disclosure. If you have received this electronic mail message in error, please (i) notify the sender by sending the message back to Miller Shakman Levine & Feldman LLP  by replying to it or by telephone at (312) 263-3700 and (ii) destroy the original message and any copies. Dissemination, distribution or copying of this electronic mail message or the information contained herein by anyone other than the intended recipients, or an employee or agent responsible for delivering the message to the intended recipients, is prohibited. We appreciate your assistance in correcting this error.