# Exhibit C



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **AI-CLOSING 2017 LLC** |
| Business Type: | **Domestic Limited Liability Company** |
| Business Purpose: | **NONE** |
| Principal Office Address | **5605 GLENRIDGE DRIVE, NE, PREMIER PLAZA, BLDG ONE, SUITE 670, ATLANTA, GA, 30342, USA** |
| State of Formation: | **Georgia** |
| Dissolved Date: | **12/22/2016** |
| Control Number: | **11007273** |
| Business Status: | **Terminated** |
| Date of Formation / Registration Date: | **1/25/2011** |
| Last Annual Registration Year | **2016** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Brasch, Elaine Nussbaum** |
| Physical Address: | **255 Walhalla Court, Atlanta, GA, 30350, USA** |
| County: | **Fulton** |

Back        Filing History    Name History
        Return to Business Search

Control Number : 11007273

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF AMENDMENT
### NAME CHANGE

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**ALLINSURANCE SOLUTIONS MANAGEMENT, LLC**
a **Domestic Limited Liability Company**

has filed articles/certificate of amendment in the Office of the Secretary of State on 05/26/2016 changing its name to

**AI-CLOSING 2017 LLC**

and has paid the required fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said articles/ certificate of amendment.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 06/09/2016



Brian P. Kemp
Secretary of State



**Brian P. Kemp**
Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

# Articles of Amendment
# to Articles of Organization

### Article One

The name of the limited liability company ("company") is:

ALLINSURANCE SOLUTIONS MANAGEMENT LLC

### Article Two

The date the articles of organization were filed was: 01/25/2011

### Article Three

The company hereby adopts the following amendment to change the name of the company. The new name of the company is:

AI-CLOSING 2017 LLC

### Article Four
(Check, and if applicable complete, one of the following)

[✓] The articles of amendment shall be effective upon the filing with the Secretary of State.

[ ] The articles of amendment shall be effective on: _____ (Date) at _____ (Time)

**IN WITNESS WHEREOF,** the undersigned has executed these Articles of Amendment on

5/19/2016
(Date)

_[signature]_
Signature

FRED A BRASCH
Print Name

Capacity (choose one option only):
[ ] Organizer
[ ] Member
[✓] Manager
[ ] Court-Appointed Fiduciary
[ ] Attorney-in-fact

Email Address: FREDBRASCH@GMAIL.COM

Form CD 115
(Rev 4/2015)

Control Number : 11007273

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**CERTIFICATE OF TERMINATION**

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**AI-CLOSING 2017 LLC**
**a Domestic Limited Liability Company**

has been duly terminated on **12/22/2016** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said documents.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on 12/22/2016



Brian P. Kemp
Secretary of State

| | |
|---|---|
| **Certificate of Termination** | *Electronically Filed* |
| | Secretary of State |
| | Filing Date: 12/22/2016 4:27:56 PM |

**Business Information**

| | |
|---|---|
| Business Name | : AI-CLOSING 2017 LLC |
| Control Number | : 11007273 |
| Date of Formation | : 01/25/2011 |
| Business Type | : Domestic Limited Liability Company |

**Article 2**

All known debts, liabilities and obligations of the limited liability company have been paid, discharged, or barred.

**Article 3**

There are no actions pending against the limited liability company in any court.

**Article 4**

The certificate of termination shall be effective on : 12/22/2016

**Authorizer Information**

**Authorizer Signature :** FRED A BRASCH          **Authorizer Title :** Manager