# Exhibit D



December 4, 2020

Locke Lord, LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305

    Re:    Letter of Direction as to Documents and Testimony
                 Relating to Representation of AEUH and AEUB

Dear Sir or Madam,

    AEU Holdings, LLC ("AEUH") and its affiliate AEU Benefits, LLC ("AEUB") have waived all privileges and immunities, including but not limited to the attorney-client privilege and work product immunity, which AEUH or AEUB held or hold with respect to Locke Lord, LLP ("Locke Lord") and all of Locke Lord's individual attorneys, in any way related to the allegations asserted by Receivership Management Inc. ("RMI"), the court-appointed Independent Fiduciary of the AEU Plan and Participating Plans, in the case styled *Receivership Management, Inc., in its Capacity as Independent Fiduciary of the AEU Holdings, LLC Employee Benefit Plan and Participating Plans v. Locke Lorde, LLP,* No. 1:18 cv-08158 (N.D. Ill.).

    Through this letter, you are instructed to provide all documents and information, including electronically stored information or data in your possession, requested or required by legal process initiated by RMI, that evidence or relate to Locke Lord's representation of, and providing of professional services to, AEUH and AEUB, without withholding any such documents or information on the basis of attorney-client privilege, work product immunity, or any other privilege or immunity.

    You are further instructed to provide testimony requested or required by legal process initiated by RMI relating to Locke Lord's representation of, and provision of professional services to, AEUH and AEUB, without withholding any such testimony on the basis of attorney-client privilege, work product immunity, or any other privilege or immunity.

Thank you.

8131 LBJ Freeway, Suite 750 Dallas TX 75251

AEU Holdings, LLC

By: _____
Authorized Representative

AEU Benefits, LLC

By: _____
Authorized Representative

cc: Robert E. Moore, Jr.
J. Graham Matherne
Alan F. Curley
Andrew Pulliam