# Exhibit E



## BUSINESS INFORMATION

### ENTITY INFORMATION

| | |
|---|---|
| **Entity Name:** | VERITAS BENEFITS, LLC |
| **Entity Type:** | Domestic Limited-Liability Company (86) |
| **Formation Date:** | 08/28/2014 |
| **Termination Date:** | Perpetual |
| **Series LLC:** | ☐ |
| **Entity Number:** | E0445222014-3 |
| **Entity Status:** | Permanently Revoked |
| **NV Business ID:** | NV20141550608 |
| **Annual Report Due Date:** | 8/31/2017 |
| **Restricted LLC:** | ☐ |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** | .RESIGNED |
| **CRA Agent Entity Type:** | |
| **NV Business ID:** | NV20091402243 |
| **Jurisdiction:** | |
| **Street Address:** | |
| **Mailing Address:** | |
| **Individual with Authority to Act:** | |
| **Fictitious Website or Domain Name:** | |
| **Status:** | Active |
| **Registered Agent Type:** | Non-Commercial Registered Agent |
| **Office or Position:** | |

### OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | STERLING GODFREY HOLDING INC | 2905 LAKE EAST DR STE 150, LAS VEGAS, NV, 89117, USA | 08/25/2016 | Active |

Page 1 of 1, records 1 to 1 of 1

[Filing History] [Name History] [Mergers/Conversions]

[Return to Search] [Return to Results]

https://esos.nv.gov/EntitySearch/BusinessInformation     January 17, 2023