# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, | |
| Plaintiff, | |
| v. | No. 17-cv-07931 |
| **AEU BENEFITS, LLC, et al,** | John F. Kness, District Judge |
| Defendants. | Beth W. Jantz, Magistrate Judge |

## AMENDED FINAL JUDGMENT ORDER

IT IS HEREBY ORDERED THAT Plaintiff Martin J. Walsh's Motion to Amend or Alter Final Judgment [ECF #614] is GRANTED.

ACCORDINGLY, IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff Martin J. Walsh and against Defendants Black Wolf Consulting, Inc., Rod Maynor, Veritas Benefits, LLC, and Veritas PEO, LLC (the "Defaulting Defendants") as follows:

1. The factual allegations in Plaintiff's Second Amended Complaint [ECF No. 469] as they relate to the Defaulting Defendants are deemed admitted.

2. Defaulting Defendants are permanently removed as fiduciaries, service providers, trustees, and administrators of the AEU Holdings, LLC Employee Benefit Plan ("AEU Plan") or its Participating Plans, as defined in the Second Amended Complaint.

3. Defaulting Defendants, their affiliates, officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. Violating Title I of ERISA;

      b. Acting as a fiduciary, service provider, trustee or administrator to the Participating Plans or the AEU Plan;

      c. Acting as a fiduciary or service provider to any plan covered by Title I of ERISA;

      d. Marketing or enrolling any employers, professional employer organizations, or participants in any ERISA or non-ERISA covered health plan or any plan purporting to provide any type of medical benefits.

4. Veritas Benefits, LLC and Veritas PEO, LLC are required to restore $15.9 million in losses they caused to the AEU Plan within 30 days of the entry of this order.

5. Black Wolf Consulting, Inc. and Rod Maynor are required to restore $55,032,379.59 in losses they caused to the AEU Plan within 30 days of the entry of this order.

**This is a Final Judgment.**

SO ORDERED in No. 17-cv-07931.

Dated: September 13, 2021

                                                         JOHN F. KNESS
                                                         U.S. District Judge