IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECEIVERSHIP MANAGEMENT, INC. in its capacity as Independent Fiduciary of the AEU Holdings, LLC Employee Benefit Plan and Participating Plans,<br><br>Plaintiff,<br><br>v.<br><br>LOCKE LORD LLP,<br><br>Defendant. | Case No. 1:18-cv-08158<br><br>Judge John F. Kness<br>Magistrate Judge Beth W. Jantz |

## JOINT STATUS REPORT

The parties hereby submit the following Joint Status Report pursuant to the Court's Order dated June 20, 2023. (Dkt. #137).

1. The parties have continued to exchange and respond to written discovery, and have substantially completed production of documents. RMI has produced to Locke Lord more than 1.1 million documents, consisting of approximately 3.5 million pages, mostly from productions in the related cases. Plaintiff disagrees that the other cases are all "related" and contends that the number of documents produced is the result of Locke Lord's request for all documents produced in other cases regardless of their relevance to this action. Locke Lord's productions included, as directed by the Court, responsive communications regarding AISM and Veritas. In total, Locke Lord has produced more than 29,000 documents, consisting of more than 150,000 pages.

2. Written discovery remains ongoing, including requests to admit, interrogatories, and a number of outstanding third-party Records Subpoenas. There are no written discovery issues for the Court to address at this time. However, on September 11, 2023, RMI served objections to Locke Lord's entire second set of interrogatories, asserting Locke Lord had grossly exceeded the

limit of twenty-five interrogatories and discrete subparts without leave of court. Locke Lord believes Plaintiff's position lacks merit and blocks access to critical causation and damages evidence pertinent to settlement. Plaintiff contends, however, that it has already produced documents supporting its damages in response to Locke Lord's document requests related to damages. The parties will exhaust the Local Rule 37.2 consultation process, and Locke Lord will move to compel or for leave to exceed the interrogatories limit if an agreement is not reached. Additionally, the parties have disagreed over the sufficiency of RMI's responses to certain requests to admit. The meet-confer process on those is not yet exhausted.

3. Pursuant to the Court's June 20, 2023 Order (Dkt. #137), the parties are required to file any amendments to pleadings by September 28, 2023. Locke Lord intends on or before that date to seek leave to amend its Answer and Affirmative Defenses to add affirmative defenses of judicial estoppel and *in pari delicto.*

4. As provided in the Joint Status Report dated June 13, 2023 (Dkt. #135), Plaintiff and Locke Lord agreed to revisit the possibility of scheduling a settlement conference after Locke Lord completed production of its documents. Both parties are interested in scheduling a Settlement Conference with the Court.

5. The parties request that the Settlement Conference be scheduled on a mutually convenient date on or after November 1, 2023 (and after the discovery issues referenced above have been resolved). This should also allow the parties reasonable time to continue to review the voluminous document productions that substantially concluded on August 31, 2023. The parties also request, if the Court's schedule permits it, that the initial Settlement Conference telephone status hearing be held during the week of September 18-22, 2023.

6. Finally, Locke Lord believes that the current discovery schedule may need to be adjusted if settlement discussions do not succeed. Plaintiff disagrees. The parties will consult about this and present an agreed or contested motion at a later date, if appropriate.

Dated: September 14, 2023

**Counsel for Plaintiff Receivership Management, Inc., in its capacity as Independent Fiduciary of the AEU HOLDINGS, LLC Employee Benefit Plan and Participating Plans**

/s/ *J. Graham Matherne*
J. Graham Matherne

/s/ *C. Philip Curley*
C. Philip Curley

**Counsel for Defendant Locke Lord LLP**

/s/ *Edward W. Feldman*
Edward W. Feldman