## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Receivership Management, Inc.
          Plaintiff,

v.                     Case No.: 1:18−cv−08158
                    Honorable John F. Kness

Locke Lord LLP
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

  MINUTE entry before the Honorable Beth W. Jantz: Settlement conference pre−call held on 9/22/2023. Due to the need to match all parties' schedules, a settlement conference is scheduled for 12/18/2023 at 10:00 a.m. in courtroom 1812. The parties are directed to this Court's standing order on settlement conferences, available on the Court's website. Plaintiff's settlement position statement is due to this Court's settlement inbox (Settlement_Correspondence_Jantz@ilnd.uscourt s.gov) and to opposing counsel by 11/1/2023, and Defendant's responsive statement is due to the same by 11/30/2023. The settlement position statements shall not be more than 15 pages (excluding exhibits), and must include an updated demand or offer from the last round of negotiations. The parties make a joint oral motion to stay discovery pending these settlement negotiations, which is GRANTED. All discovery deadlines are stayed with the exception of the responses discussed on the record, which both parties agree to complete in the near future. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.