IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECEIVERSHIP MANAGEMENT, INC. in its capacity as Independent Fiduciary of the AEU HOLDINGS, LLC Employee Benefit Plan and Participating Plans,<br><br>          Plaintiff,<br><br>LOCKE LORD LLP.<br><br>          Defendant. | Case No. 18-cv-08158<br><br>Hon. John F. Kness<br>Magistrate Judge Beth W. Jantz |

**AGREED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

Plaintiff Receivership Management, Inc. solely in its capacity as the Independent Fiduciary of the AEU Holdings, LLC Employee Benefit Plan and Participating Plans ("Independent Fiduciary"), by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby moves to voluntarily dismiss Defendant Locke Lord LLP ("Locke Lord") with prejudice, without right to any appeal, each party to bear its own attorneys' fees and costs. In support hereof, the Independent Fiduciary states that it has reached a settlement with Locke Lord of all of the Independent Fiduciary's claims against Locke Lord, and the settlement has been effectuated. No counterclaims were filed by Locke Lord and it agrees to the relief sought in this motion.

WHEREFORE, the Independent Fiduciary respectfully requests that the Court enter an order dismissing all of the Independent Fiduciary's claims against Locke Lord with prejudice, without right to any appeal, each party to bear its own attorneys' fees and costs. A proposed draft Order in the form attached as Exhibit A hereto has been sent to the Court's Proposed Order email inbox in Word format.

                        Respectfully submitted,

                        **Receivership Management, Inc. in its capacity as the Independent Fiduciary of the AEU Holdings, LLC, Employee Benefit Plan and Participating Plans**

February 20, 2024        By:      /s/ C. Philip Curley
                                                  One of Plaintiff's Attorneys

J. Graham Matherne
Andrew J. Pulliam
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville, Tennessee 37201
(615) 244-0020
gmatherne@wyattfirm.com
apulliam@wyattfirm.com

C. Philip Curley
Robert L. Margolis
ROBINSON CURLEY P.C.
200 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 663-3100
pcurley@robinsoncurley.com
rmargolis@robinsoncurley.com

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RECEIVERSHIP MANAGEMENT, INC. in its capacity as Independent Fiduciary of the AEU HOLDINGS, LLC Employee Benefit Plan and Participating Plans, <br><br> Plaintiff, <br><br> LOCKE LORD LLP. <br><br> Defendant. | Case No. 18-cv-08158 <br><br> Hon. John F. Kness <br> Magistrate Judge Beth W. Jantz |

## AGREED ORDER

This cause coming to be heard on the **AGREED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT** brought by Plaintiff Receivership Management, Inc. solely in its capacity as the Independent Fiduciary of the AEU Holdings, LLC Employee Benefit Plan and Participating Plans ("Independent Fiduciary"), the Court being fully advised in the premises,

IT HEREBY ORDERED that all of the Independent Fiduciary's claims asserted herein are dismissed with prejudice, without right to any appeal, each party to bear its own attorneys' fees and costs.

ENTER:

Dated: February ___, 2024          By: _____
                                           United States District Judge

AGREED:

By:   _/s/ J. Graham Matherne_          By:   _/s/ Edward W. Feldman_
       J. Graham Matherne                      Edward w. Feldman
       One of Plaintiff's Attorneys            One of Defendant's Attorneys